UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES CHADWICK IRWIN,

    Petitioner,

v.                                            CASE NO. 6:02-cv-810-Orl-19DAB

MICHAEL W. MOORE, et al.,

    Respondents.

## ORDER

This case is before the Court on the following motion:

1.    Petitioner's Request for a Certificate of Appealability (Doc. No. 66, filed November 13, 2006) is **DENIED**.  This Court should grant an application for certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  Petitioner has failed to make a substantial showing of the denial of a constitutional right.

**DONE AND ORDERED** at Orlando, Florida, this __14th__ day of November, 2006.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sc 11/14
Counsel of Record